IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| OLANDO JACKSON,                ) | |
|                               ) | |
|     Plaintiff,              ) | |
|                               ) | CIVIL ACTION NO. |
|     v.                          ) | 2:22cv567-MHT |
|                               ) | (WO) |
| JOSPEPH H. HEADLEY,             ) | |
| WARDEN, et al.,                 ) | |
|                               ) | |
|     Defendants.             ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of violations of his rights under the Fourteenth and Eighth Amendments to the United States Constitution.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute this case by filing an application to proceed in forma pauperis or submitting the required filing fees.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of November, 2022.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE